444 F.2d 217
 NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
WANDA PETROLEUM COMPANY, Respondent.
 No. 31034.
 United States Court of Appeals, Fifth Circuit.
 June 22, 1971.
 Rehearing Denied August 4, 1971.
 
 Application for Enforcement of an Order of the National Labor Relations Board.
 Marcel Mallet-Prevost, Asst. Gen. Counsel, William R. Stewart, Atty., N.L. R.B., Washington, D. C., Clifford Potter, Director, Region 23, N.L.R.B., Houston, Tex., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, William F. Wachter, Atty., N.L.R.B., Washington, D. C., for petitioner.
 I. J. Saccomanno, Charles Kipple, John T. McMahon, Gen. Counsel, Houston, Tex., for respondent; Saccomanno, Clegg, Martin & Kipple, Houston, Tex., of counsel.
 Before JOHN R. BROWN, Chief Judge, and GEWIN and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Enforced. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966